UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE OF ONE HTC CELL PHONE, ONE ASUS LAP TOP COMPUTER AND DELL LAP TOP COMPUTER,<br><br>ANTHONY SILVA,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERIA,<br><br>    Respondent. | No. 2:15-mc-0112 TLN AC<br><br>ORDER |

    This motion has been referred to the undersigned by the district judge presiding over this case. ECF No. 2. The plaintiff has now voluntarily dismissed this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 6.

    Accordingly, IT IS HEREBY ORDERED that the preliminary (informal) Status Conference, set for October 28, 2015 before the undersigned, is VACATED.

DATED: October 22, 2015

                                            /s/ Allison Claire<br>
                                        ALLISON CLAIRE<br>
                                        UNITED STATES MAGISTRATE JUDGE